Pauley, W

Keith B. Dalen, Esq.
Andrew J. Warner, Esq.
HILL RIVKINS LLP
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, New York 10006
Tele: (212) 669-0600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE RICE CORPORATION, a Delaware
corporation d/b/a THE RICE COMPANY USA,  : Index No.: 13 Civ. 43 (WHP)

Plaintiff,

vs.  : **ORDER**

EXPRESS SEA TRANSPORT CORPORATION,

Defendant.

---

This matter having been brought before the Court upon the application of Hill Rivkins LLP, attorneys for Plaintiff, The Rice Corporation, by Motion to Recognize a Foreign Country Money Judgment pursuant to the Uniform Foreign Country Money-Judgment Recognition Act, N.Y. C.P.L.R. § 5301, et seq.

IT IS HEREBY ORDERED that the instant motion is granted and the judgment of the English High Court of Justice, Queens Bench Division dated September 23, 2011 against defendant Express Sea Transport Corporation is recognized in the amount of $1,275,000.00.

Dated: 1/8/14

Hon. William H. Pauley, III
United States District Judge