USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE RICE CORPORATION, a Delaware
corporation d/b/a THE RICE COMPANY USA,

   Plaintiff,

vs.

EXPRESS SEA TRANSPORT CORPORATION,

   Defendant.

Index No.: 13 Civ. 43 (WHP)

**JUDGMENT**

---

**WHEREAS** Plaintiff, The Rice Corporation, a Delaware corporation d/b/a The Rice Company USA ("Plaintiff"), commenced this action on January 2, 2013 by filing a Summons and Verified Petition against defendant Express Sea Transport Corporation ("Defendant") seeking recognition of a foreign judgment of the High Court of Justice, London England, pursuant to Article 53 of the New York Civil Practice Law and Rules; and

**WHEREAS** the English High Court of Justice, Queens Bench Division, Commercial Court issued a Judgment Order on September 23, 2011, granting Plaintiff judgment in the amount of $1,275,000.00 plus costs to be ascertained by the English High Court; and

**WHEREAS** Plaintiff moved this Court for an order pursuant to Article 53 of the New York Civil Practice Law and Rules recognizing and enforcing the September 23, 2011 Judgment of the English High Court; and

**WHEREAS**, by Order dated 1/8/14, this Court granted Plaintiff's motion on default to recognize and enforce the September 23, 2011 Judgment of the English High Court.

1

NOW, THEREFORE, IT IS HEREBY

**ORDERED, ADJUDGED, AND DECREED** that Judgment be entered against Defendant and in favor of Plaintiff in the amount of $1,275,000.00 (One Million Two Hundred Seventy-Five Thousand Dollars), plus interest at the rate of 9% per annum from the date of entry of this Judgment until paid, and that Plaintiff shall have immediate execution thereon.

**ENTER**

Dated: New York, New York
~~December \_\_\_\_\_, 2013~~
January 8, 2014

_____
Honorable William H. Pauley
United States District Judge

2